# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:21-CR-00291-01-JM**

**RICHARD MORALES-RODRIGUEZ**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 38) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 5 to 3, resulting in a new criminal history category of II. However, his sentence was based on the statutory, mandatory minimum of 60 months, not the Guidelines.

Additionally, Defendant's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 30.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).